UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

In re:   James R. & Barbara J Hahn                              Case No. 20-11320-13

              Debtor(s)

TRUSTEE'S RECOMMENDATION OF AMENDED CHAPTER 13 PLAN

Mark Harring, Standing 13 Trustee, by his attorney, recommends confirmation of the First Amended Chapter 13 Plan and Request to Amend Unconfirmed Plan filed as Document #21 on 8/05/2020 and states as follows:

1. Plan is amended to adjust treatment of attorney fees to indicate fees are to be paid from funds available after equal monthly payments to secureds have been paid.

2. Plan is amended to adjust treatment of the secured obligation owed to Heritage Credit Union with a balance due of $6614.80, interest rate of 6.5% and equal monthly payments of $150/mo. It seems possible the creditor's objection may have been addressed.

3. A proposed Confirmation Order will be sent to the Court for signing. As far as this office is concerned the 8/10/2020 confirmation hearing may be removed from the calendar.

Dated:   August   6, 2020

                                                        Standing Chapter 13 Trustee

                                                        By:___/s/ *Leslie Brodhead Griffith*___
                                                        Leslie Brodhead Griffith
                                                        Attorney for Trustee
                                                        131 W. Wilson St., Suite 1000
                                                        Madison, WI   53703-3260
                                                        (608) 256-4320